Revision 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON ~~ALBANY~~ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Keishun Liddy 1091993

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.   NO. 5:13-CV-382

T. Gramiak Warden
Sgt. Tempel
Lt. Wright
Et-Al

(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number  Keishun Liddy 1091993
2. Name and location of prison where you are now confined  Dooly State Prison P.O. Box-750 Unadilla Ga 31091
3. Sentence you are now serving (how long?)  20 to Serve 15
   (a) What were you convicted of?  Arm Robbery
   (b) Name and location of court which imposed sentence  Cobb County Superior Court
   (c) When was sentence imposed?  9/11/2001
   (d) Did you appeal your sentence and/or conviction?  ☑ Yes  ☐ No
   (e) What was the result of your appeal?  Denied
   (f) Approximate date your sentence will be completed  12-25-2014

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☑ Yes  ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
   Plaintiff(s): _Keishun Liddy, In 2000 and 2001 was Constantly made the victim of guards attack._
   Defendant(s): _Bill Hutson-Sheriff Et-Al my arm was broken and I was nearly hang with sheets._

   (b) Name of Court: _Cobb County Superior Court_

   (c) Docket Number: _Unknown_   When did you file this lawsuit? _2001_

   (d) Name of judge assigned to case: _Unknown_

   (e) Is this case still pending  ☐ Yes  ☑ No

   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) _The Case was dismissed for over the Statue of Limitation_

6. Have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with <u>facts</u> <u>OTHER THAN</u> those involved in this lawsuit?   ☐ Yes  ☑ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): _Keishun Liddy_
   Defendant(s): _Warden John Jean Et-Al_

   (b) Name of Court: _United State District Court for Middle Ga_

   (c) Docket Number: _1:13cv0018wls_  When did you file this lawsuit? _12-7-2012_

(d)   Name of judge assigned to case: _W. Louis Sands_

(e)   Is this case still pending  ☑ Yes  ☐ No

(f)   If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_N/A_

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  ☐ Yes  ☑ No

If your answer is Yes, state the name of the court and docket number as to each case:

_N/A_        _N/A_

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _Dooly State Prison_

   (a) Does this institution have a grievance procedure?  ☐ Yes  ☐ No

   (b) If your answer to question 9(a) is "Yes," answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   ☑ Yes   ☐ No

   (2) If Yes, what was the result? _They out right ignored my incident of claim and all the proof and even denied my request to Internal-affairs_

   (3) If No, explain why not: _N/A_

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to. Talked to Deputy Warden Berry on the incident on or about June-2-2013 and gave my complaint to Warden T. Gramiak

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?  ☐ Yes  ☒ No

(1) If Yes, to whom did you appeal and what was the result? N/A

(2) If No, explain why you did not appeal: Because about some two months from the time I grieved the incident I still to this day have not got a reply.

10. In what other institutions have you been confined? Give dates of entry and exit.

Telfair State Prison 2001     Calhoun-2013
Aultry State Prison 2000     Dooly 2013
Calhoun State Prison 2006-2010
Handcock State Prison 2010
Macon State Prison 2011

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Dooly State Prison P.O. Box-750 Unadilla Ga 31091

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Warden T. Gramiak Dooly State Prison. I am unable to get from this person his First Name
Deputy Warden Berry Dooly State Prison, I'm unable to get from this person his First Name
Lt. Wright and Sgt. Tempel Dooly State Prison, I'm unable to get from these person's their First Names

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Dooly State Prison

WHEN do you allege this incident took place? On or about 6-1-2013

WHAT happened? I was placed on lock up for disorderly conduct and insubordination. And some two week's later was ask by staff to go back out into population. I refused three man housing and told them I want a two man cell housing or I rather stay on lock-up where two man housing is a must. I was told by Lt. Wright that I can't demand where I wanted to sleep or be housed at in the Prison. I told her and she is wrong for trying to make me reside in housing not conducive to my incarceration. She then got mad and very verbally abusive and threaten me to either move out the cell back into population, or she would make sure I regret it. I left her standing at my cell door talking unlady like. Then she slammed with force my cell door flap. Later that day Unit Manager Hamilton came by and told me to pack it

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

I am due to a Poor System of unwillingliness to assist me in my claim unable to give at this time the Name in Full detail but however up on proper investigation such Name's will be reveal. Inmate Derrick Clement my cell Partner witness from

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

For Pain and Suffering Ten Million dollars Punitive damages and Ten Million dollars Compensatory damages for Mental Anguish and an immediate Transfer from Dooly State Prison.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this _____ day of _____, 20 _____.

_____
PLAINTIFF

Case No. 1:13CV0078-WLS-TaL

In 2013 I Filed a Lawsuit against Warden John T. Jeans and Members of his Staff. Including one Particular officer Sean Paul who Punch me in the Face and beat my head against a wall causing me to Suffer a Seizure and Suffer a head injury Fracture. ALL was Caught on the Prison hall way Monitoring System. To Prove I did Not tell less then the truth. I Some Several Months Later Filed into the Court a Motion For dismissal without Prejudice. reason being because as a Laymen of the Law I Feel Professional Legal advice would render me best the Justice I am due.

---

Now I am Filing the Present Lawsuit about and against the Warden Knowledge of Such Persons in his administration Such as a Lt. Wright and Sgt. Tempel who left me in a hot Flie infested dirty Shower area For 8 hours until I Suffered a Seizure and reinjured my Shoulder that was dislocated in the Calhoun State Prison incident that was all Caught on Monitor Camera System. I was berated and Put in hand-cuffs and Put in a dirty Shower area that every Morning after inmate's use on lock up on Shower Night's. This Shower had Not Yet been touch. And Smelt like dirt. And Piss. and had Flies. The Funk was sicking to my Stomach


CP. 7

and offender that my plea for help on would be made worse. After at least 4½ hours spent in the little shower area in hand cuff behind my back. Sgt. Tempel came back to get his set of hand cuff off me. I heard Lt. Wright out side of the shower door that flop was closed to denie me any reasonable and sane amount of fresh air. And I called out to her to get me out of the shower and told her that I had epilesy. And hadn't been given my medication because nurse could not find me due to not knowing where I was to give it to me. After 8 long torturing hours laying in the grimy filthy pissy and human funk hot and sweaty packed in parasite's of flies and ants shower area the staff and personal of some three nurse's and two male officer's found me in a seizure state. Having broken my water, or rather pissed on myself from having a seizure due to the condition I was faced with. And forced to endure. After taken to the prison infirmary to be checked. I heard the duty officer in charge of the I-1-lock up area repeatedly say. He didn't know I was still in the shower. And that he thought Sgt. Tempel had taken me out of the shower. And put me back in my cell. Which I find hard to believe since the duty officer is charged with taking a head count and/or census count of every 45 minutes to an hour of all the lock-up cells and in-mate's. I am a 64 year old man with a bullet in my

head and such chronic care problems as Elphesis Hepatitis C and a chronic shoulder Problem. and this most un-civilized treatment of me was nothing less then terroristic and cruel and unusal Punishment upon my Person.

Continue From statement of Claim (P. 5)

But again I Refuse three man housing, and Unit Manager Hamilton told me that he was going to write me a DR For Refusing housing back into Population. Unit Manager D.R was Never written, and given to me. But on or about June 20 Lt. Wright came back to my cell door trying to get me to move and I said No. But this time I got a DR from one of her officer's who had Never talk with me Fabricating the Situation on behalf of her Lt. in Charge and Supervior of that Shift. The Next day Sgt. Tempel and several other of his Cert-Team officer's came to my cell door in the Early Morning hour's and told me to Pack up my Property cause I was gonna be moved, But I told him I did Not want to Move and Preferred to stay on lock up. So he ordered me to turn around and put my hand's out the slot and Cuff-up. I did as he demanded, and once I was in hand cuff's with my hands behind my back. The cell door was Open. And Sgt. Tempel grabbed me by the arm and alone with another officer who Name I'm Not sure of but can be up on proper investigated of my claimed fact's determine. I was taken up to a Sweaty hot and Funky Flie infested Shower area that had Not Yet been clean up by the Lock-up orderlie's who clean the Shower's

Continue From Statement of Claim (P. 6)

every Morning after inmate's use on Lock up on Shower Night's. This Shower had Not Yet been touch, and Smelt like dirt. and Piss. And had Flies. The Funk was Sicking to My Stomach, and offensive to my Nostril's until I Felt the worse. After at least 4½ hour's spent in the **Little** Shower area in hand Cuff behind my back. Sgt. Tempel Came back to get his set of hand Cuff off me. I heard Lt. Wright out Side of the Shower door that Flap was closed to denie me any reasonable and sane amount of Fresh air. And I Called out to her to get me out of the Shower. and told her that I had Epilesy. and hadn't been given my medication. Because Nurse could not find me due to not knowing where I was to give it to me. After 8 Long torturing hours laying in the grimy **Filthy** Pissy. and human Funk hot and sweaty Packed in Parasite's of Flies and ants Shower Area the Staff and Personal of Some three Nurse's and two Male officer's Found me in a Seizure State. having broken my water. or rather Pissed on myself. From having a Seizure due to the Condition I was Faced with, and Forced to endure. After taken to the Prison infirmary to be checked

Continued: From Statement of Claim (P. 6½)

I heard the duty officer in charge of the I-1 lock up area repeatedly say. He didn't know I was still in the shower. and that he thought Sgt. Tempel had taken me out of the shower. and put me back in my cell. Which I find hard to believe since the duty officer is charged with taking a head count and/or (census) ~~census~~ count every 45 minutes to an hour. of all the lock up cells and inmates. I am a 64 year old man with a bullet in my head Chronic Care Problem's Like Epilesy. Hepatitis C. And Chronic Shoulder Problem's. and this most uncivilized treatment of me was nothing less then terroristic and Cruel and unusal Punishment upon my Person.

our CELL bottom door Crack the Entirer incident. And Can State Possitively how many time all the officer's Came to our door Making much of Nothing and threatening me to move or else — back to Population. The Staff even the Nurse's have been only willing to recall Justifable Portion's of the Entire incident Seeing I the Plaintiff Can Not Force them to Swear under oath. And am merely to them all Not worth Pissing their Co-worker's off. And Possibly violating their unique Code of Nepotism that determine's many thing for them. Even the risking of their Jobs for telling the truth.. The Fact that I can't be as accurate as to time and Place's as required by a Court of law I Feel though stand's as a Element of Justice should Not include the Complete Scope of the Law by which we might through an Earnest Searching discover by the Power of the Law Every Name Person who took Part in this Crime against my Civil Liberties. and Constitutional right afforded me by the Laws of the United State's of America.